## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JENNIFER TURNER, individually and on
behalf of all others similarly
situated,

     *Plaintiff,*

v.

AFFINITY HEALTH SERVICES, LLC

     *Defendant*

Case No. 2:24-CV-439

## <u>ORDER</u>

On November 1, 2024, the Plaintiff in the above-captioned matter filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) voluntarily dismissing this case with prejudice as to plaintiff and without prejudice as to the putative class. Plaintiff's notice is well-taken.

NOW THEREFORE IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE as to the Plaintiff, Jennifer Turner, in her individual capacity; and

IT IS FURTHER ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE as to the putative class.

SO ORDERED

Dated:    November 4, 2024

                                      Honorable Judge

1